**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CHARLES J. SEATON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIV-06-237-R** |
| | ) | |
| **JO ANNE BARNHART,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate

Judge Bana Roberts entered November 17, 2006.   No objection to the Report and

Recommendation has been filed nor has an extension of time in which to object been sought

or granted.  Therefore, the Report and Recommendation is ADOPTED in its entirety and the

decision of the Commissioner of the Social Security Administration is REVERSED and this

matter is REMANDED to the Commissioner for further proceedings in accordance with the

Report and Recommendation.

**It is so ordered this 15ᵗʰ day of December, 2006.**

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE