**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **CHARLES SEATON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIV-06-237-R |
| | ) |
| **MICHAEL J. ASTRUE,** | ) |
| | ) |
| **Defendant.** | ) |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered April 12, 2007. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety, Plaintiff's Application for Award of Attorney Fees Pursuant to Equal Access to Justice Act [Doc. No. 21] is GRANTED and Plaintiff is awarded $4,477.50 as a reasonable attorney fee..

**It is so ordered this 17th day of May, 2007.**

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE